ACCEPTED
12-14-00154-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/29/2014 1:08:17 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/29/2014 1:08:17 PM

CATHY S. LUSK
Clerk

29 DECEMBER 2014

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Kimberly Bowman v. State**
   **12-14-00154-CR**

Please find enclosed a copy of the letter sent to Ms. Bowman regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _(signature)_

☑ Agent
☐ Addressee

B. Received by (Printed Name)

Staylor Umm

C. Date of Delivery

12-22-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Kimbery Bowman
Inmate: 019 32210
1916 N. Hwy .36 Bypass
Gatesville, TX 76596

3. Service Type
☑ Certified Mail®
☐ Registered
☐ Insured Mail
☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 2920 0002 1854 0742

PS Form 3811, July 2013          Domestic Return Receipt